IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO MONTEZ CAMPBELL,** | 2:14-cv-01930-CKD (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **CLARK DUCART,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's petition for writ of habeas corpus be filed on or before January 2, 2015.

Dated: December 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE