IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO MONTEZ CAMPBELL,** | Case No. 2:14-cv-01930-KJM-CKD (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **CLARK DUCART,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED that Respondent's responsive pleading be filed on or before May 25, 2015.

Dated: April 28, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE