IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MONTEZ CAMPBELL,<br><br>                    Petitioner,<br><br>            vs.<br><br>CLARK DUCART, Warden, Pelican Bay State Prison,<br><br>                    Respondent. | No. 2:14-cv-01930-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 39] |

       This Court denied Mario Montez Campbell, a state prisoner proceeding *pro se*, habeas relief and a certificate of appealability on March 8, 2017. Docket Nos. 36, 37. Campbell timely filed a notice of appeal dated March 20, 2017. Docket No. 38. Campbell now seeks an extension of time with respect to that appeal. Docket No. 39. Any relief sought with respect to his appeal, however, must be directed to the Ninth Circuit Court of Appeals.

       **IT IS THEREFORE ORDERED THAT** the Clerk of Court is directed to transfer Campbell's Motion for an Extension of Time to Request a Certificate of Appealability at Docket No. 39 to the Ninth Circuit Court of Appeals.

       Dated: March 27, 2017

                                                           /s/James K. Singleton, Jr.
                                                           JAMES K. SINGLETON, JR.
                                                           Senior United States District Judge